AO 10
Rev. 1/2017

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Jones, Edith H. | 2. Court or Organization  5th Circuit Court of Appeals | 3. Date of Report  08/07/2017 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Circuit Judge, Active | 5a. Report Type (check appropriate type)  ☐ Nomination   Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☑ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |
|---|---|---|

**7. Chambers or Office Address**

12505 U.S. Courthouse
515 Rusk
Houston, TX 77002-2600

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Advisory Board Member | The Blackstone Center for Law & Liberty, Faulkner University |
| 2. | Advisory Board Member | Masters in Bankruptcy Program, St. John's Law School, New York |
| 3. | President | Garland Walker Inn of Court |
| 4. | Trustee | Trust #1 |
| 5. | Co-Executor | Estate, See Note A of Section VIII |
| 6. | Board Member | Sam Houston Area Council, Boy Scouts of America |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 5/15/16 | Hillsdale College-teaching | $6,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Andrews & Kurth, LLP - salary |
| 2. 2016 | Prudential Ins. Co., Pension Annuity, Occidental Petrol |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Phoenix Federalist Society | 1/14-15/16 | Phoenix, AZ | Speech | Airfare, Airport Parking, Meals, Lodging, Mileage |
| 2. | Dallas Federalist Society | 3/23/16 | Dallas, TX | Speech | Airfare, Airport Parking, Mileage, Meal |
| 3. | Coolidge Foundation, Scholars Finalist Conference | 5/13-15/16 | Plymouth Notch, VT | Panelist | Lodging, Meals |
| 4. | Coolidge Foundation | 7/1-3/16 | Plymouth Notch, VT | Speech | Lodgming, Meals |
| 5. | Moral Foundations of Law, Madison Institute Seminar | 8/3/16 | Princeton, NJ | Seminar | Airfare, Airport Parking, Lodging, Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Jones, Edith H.** | 08/07/2017 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | American Political Science Association (Claremont) | 9/1/16 | Philadelphia, PA | Speech | Train fare, Baggage Check Fee, Lodging, Meals |
| 7. | The Federalist Society | 9/16-17/16 | Austin, TX | Panel Moderator | Lodging, Meals, Travel by Car |
| 8. | The Federalist Society | 11/16-19/16 | Washington, DC | Panel Moderator-National Convention | Airfare, Airport Parking, Taxis, Mileage, Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| **Jones, Edith H.** | 08/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK ACCOUNTS | | | | | | | | | |
| 2. Bank of America - Accounts | A | Interest | L | T | | | | | |
| 3. J.P. Morgan Chase Bank - Accounts | A | Interest | K | T | | | | | |
| 4. STOCKS, BONDS & NOTES | | | | | | | | | |
| 5. AT&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Invesco Comstock A (ACSTX) (fmr. Invest. Co. of America) | A | Dividend | K | T | | | | | |
| 7. Dow Chemical - common | A | Dividend | K | T | | | | | |
| 8. Exxon Mobil Corp | B | Dividend | L | T | | | | | |
| 9. Nestle - common | A | Dividend | K | T | | | | | |
| 10. Newmont Gold - common | A | Dividend | J | T | | | | | |
| 11. Intel Corporation | A | Dividend | K | T | | | | | |
| 12. Procter & Gamble | B | Dividend | L | T | | | | | |
| 13. Morgan Stanley Bank | B | Interest | N | T | | | | | |
| 14. Morgan Stanley Bonds | C | Interest | | | Redeemed | 02/18/16 | L | A | |
| 15. Tortoise Energy Corp. | A | Dividend | J | T | | | | | |
| 16. Pepsico | B | Dividend | K | T | | | | | |
| 17. NCR | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. MS Global Infrastructure Q | A | Interest | K | T | | | | | |
| 19. Am. Inv. Co. (AIVSX) | A | Dividend | L | T | | | | | |
| 20. Franklin Insd. Tax Free Fund-FKTIX | B | Interest | K | T | | | | | |
| 21. Franklin Mut. Shares Fund TESIX | A | Dividend | J | T | | | | | |
| 22. GPR Energy, LLC | | None | K | U | | | | | |
| 23. Syngenta AG ADR | C | Dividend | M | T | | | | | |
| 24. Magellan Midstream Partners | D | Dividend | M | T | | | | | |
| 25. Verizon Comm | A | Dividend | J | T | | | | | |
| 26. Fidelity Fund (FFFCX) | D | Int./Div. | M | T | | | | | |
| 27. Ford Motor Credit Co. | C | Interest | M | T | | | | | |
| 28. Smucker J M Co | A | Dividend | J | T | | | | | |
| 29. Lord Abbett Sht. Fund (LDLAX) | C | Dividend | M | T | | | | | |
| 30. Pioneer Mlti Ast Ult. (MCFRX) | B | Dividend | M | T | | | | | |
| 31. Templeton Global Bond FdC (TEGBX) | B | Dividend | M | T | | | | | |
| 32. Goldman Sachs MLP Inc. | B | Dividend | K | T | | | | | |
| 33. Tekla Healthcare Opp Fund (THO) | A | Dividend | K | T | | | | | |
| 34. RRI Energy Inc. B3 | B | Interest | | | Sold | 10/19/16 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. American Elec Power, Inc | A | Dividend | J | T | | | | | |
| 36. Bank of America | A | Dividend | J | T | | | | | |
| 37. Coca-Cola | A | Dividend | J | T | | | | | |
| 38. DuPont | A | Dividend | J | T | | | | | |
| 39. Eastman Chemical | A | Dividend | J | T | | | | | |
| 40. Emerson Elec. Co. | A | Dividend | J | T | | | | | |
| 41. General Electic Co. | A | Dividend | J | T | | | | | |
| 42. Hershey Co. | A | Dividend | J | T | | | | | |
| 43. Nat. Fuel Gas Co. | A | Dividend | J | T | | | | | |
| 44. Pfizer, Inc. | A | Dividend | J | T | | | | | |
| 45. Scana Corp. | A | Dividend | J | T | | | | | |
| 46. AmCap Fund (AMCPX) | B | Dividend | L | T | | | | | |
| 47. Fidelity Puritan Trust (FPURX) | A | Dividend | J | T | | | | | |
| 48. Fidelity Sec's Fd. (FBGRX) | A | Dividend | J | T | | | | | |
| 49. Columbia Funds (AUGAX) | A | Dividend | J | T | | | | | |
| 50. Putnam USG (PGSIX) | A | Dividend | J | T | | | | | |
| 51. Wash. Mut. Inv's Fund (AWSHX) | A | Dividend | K | T | Sold (part) | 11/10/16 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. First Tr. En. Income | A | Dividend | J | T | | | | | |
| 53. USAA Cornerstone (USCRX) | B | Dividend | K | T | | | | | |
| 54. Vanguard stock Market Index Fund | A | Dividend | K | T | | | | | |
| 55. Colgate Palmolive | A | Dividend | J | T | | | | | |
| 56. John Hancock Venture Annuity-See Note X, Part VIII | A | Interest | K | T | | | | | |
| 57. Chemours Co. | A | Dividend | J | T | | | | | See note Y to Part VIII |
| 58. Trust #1 | | | | | | | | | |
| 59. -Invesco Comstock A (ACSTX) | A | Dividend | K | T | | | | | |
| 60. -Syngenta AG | A | Dividend | K | T | | | | | |
| 61. -Magellan Midstream Partners | A | Dividend | K | T | | | | | |
| 62. -Morgan Stanley Bank | A | Interest | K | T | | | | | |
| 63. Estate Assets | | | | | | | | | |
| 64. -Hollan Maine LLC See note B in Part VIII | E | Rent | | | Distributed | 12/31/16 | P1 | | Distributed to Heirs |
| 65. -Jefferson Bank Acct See note B in Part VIII | A | Interest | L | | | | | | |
| 66. -Frost Bank Account See note B in Part VIII | A | Interest | J | T | Closed | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jones, Edith H. | 08/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Section VII. Investments and Trusts

A.  Line 64, Trust#2/Estate, Trust #2 completed liquidation in 2016.   I remain as Co-Executor of Estate.

B.  Items 65-67 are within an estate; Hollan Maine LLC ownership was distributed to heirs 12/31/16; Jefferson Bank account remains in the estate; Frost Bank estate account was closed in 2016.

X.  The interited annuity is variable, not publicly traded on an exchange, no investment options.

Y.  Line 58, Chemours Co-This was inherited in 2015.  I inadvertently did not report it for 2015 because the value of stock is minimal.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Edith H. Jones**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544